PENNINGTON WHITEHEAD v. MARIA H. DEHON POLK and Others.— Motion for preference granted for June 5, 1917. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

CENTRAL TRUST COMPANY v. ALBERT FALCK and Others.— Motion for stay granted, on condition that appeal be taken and perfected within thirty days. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of SAMUEL S. FIELD and Others.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JESSE L. LASKY v. MINERVA COVERDALE and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of HENRY B. HART, Deceased.— Motion for preference granted for June 5, 1917. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KINGS COUNTY LIGHTING COMPANY v. OSCAR S. STRAUS and Others.— Motion for preference granted for June 5, 1917. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of EMANUEL J. LIVINGSTON, an Attorney.— Motion for commission denied, without prejudice to renewal if attendance of witness cannot be obtained within this State. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERTRUDE CRANE v. WILLIAM C. ORMOND and Others.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

FERRAL C. DININNY, Appellant, v. JAMES S. REAVIS and Others, Respondents.— Judgment affirmed, with costs, on opinion of Page, J., at Special Term. (Reported in 100 Misc. Rep. 316.) Present — Clarke, P. J., Scott, Smith and Davis, JJ.; Scott, J., dissented.